UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ALTON THOMAS** | **CASE NO. 6:18-CV-00586** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **GREAT WEST CASUALTY CO ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion to Amend and Remand (Rec. Doc. 23) be GRANTED, and that this matter be remanded to state court, consistent with the report and recommendation.

Signed at Lafayette, Louisiana, this 15th day of July, 2019.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE